**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| POP TOP CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil Action No. 6:21-cv-00315-ADA <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR ENTRY OF
CONFIDENTIALITY AND PROTECTIVE ORDER**

Amazon.com, Inc. hereby submits an unopposed motion entry of the attached Protective Order.  The Protective Order is necessary to preserve and maintain the confidentiality of personal, private, confidential, and/or commercially sensitive information regarding the parties, employees, former employees of the parties, and third parties that might be disclosed during the course of discovery in this litigation.  WHEREFORE, the parties respectfully request that the Court grant the Unopposed Motion for Entry of Protective Order and enter the attached Protective Order.

Dated: October 22, 2021			Respectfully submitted,

			*/s/ Daniel T. Shvodian*
			M. Craig Tyler, Bar No. 794762
			PERKINS COIE LLP
			500 W 2nd St, Suite 1900
			Austin, TX 78701-4687
			Telephone: (737) 256-6113
			Facsimile: (737)256-6300

			Daniel T. Shvodian, *Admitted Pro Hac Vice*
			PERKINS COIE LLP
			3150 Porter Drive
			Palo Alto, CA 94304-1212
			Telephone: (650) 838-4300
			Facsimile: (650) 838-4350

			Kevin A. Zeck, *Admitted Pro Hac Vice*
			PERKINS COIE LLP
			1201 Third Avenue, Suite 4900
			Seattle, WA 98101-3099
			Telephone: (206) 359-8000
			Facsimile: (206) 359-9000

			W. Matthew Pierce, *Admitted Pro Hac Vice*
			PERKINS COIE LLP
			1201 Third Avenue, Suite 4900
			Seattle, WA 98101-3099
			Telephone: (206) 359-8000
			Facsimile: (206) 359-9000

			*Attorneys for Defendant*
			*Amazon.com, Inc.*

**CERTIFICATE OF CONFERENCE**

I have conferred with counsel for Pop Top Corp., and Plaintiff does not oppose this motion for entry of confidentiality and protective order.


/s/ Daniel T. Shvodian
Daniel T. Shvodian

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 22, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Daniel T. Shvodian
/s/ Daniel T. Shvodian