UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POP TOP CORP,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC,<br><br>          Defendant. | Case No. 22-cv-00112-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, STAYING CASE, AND REQUIRING JOINT STATUS REPORTS**<br><br>Re: Dkt. No. 45 |

The Court has received and considered the parties' joint case management conference statement, and it VACATES the case management conference scheduled for April 15, 2022. The Court HEREBY STAYS this matter pending resolution of the pending the Federal Circuit's resolution of the appeal from the grant of summary judgment in the *Rakuten* litigation and the United State District Court for the Southern District of New York's resolution of the priority date issue in the *Nook* litigation, as discussed in the joint case management statement.

The Court FURTHER ORDERS that the parties shall file a joint status report on or before July 11, 2022, and every 90 days thereafter until the stay can be lifted.

**IT IS SO ORDERED**.

Dated: April 11, 2022

_____
JEFFREY S. WHITE
United States District Judge