1  Matthew M. Wawrzyn
   matt@wawrzynllc.com
2  WAWRZYN LLC
   200 East Randolph Street, Suite 5100
3  Chicago, IL 60601
   Telephone: 312.235.3120
4  Facsimile: 312.233.0063

5  *Attorney for Plaintiff*
   *Pop Top Corp*.
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 POP TOP CORP.,

12          Plaintiff,                Case No. 22-cv-00112-RS

13     v.                             **MOTION TO WITHDRAW FOR COUNSEL
                                      TO POP TOP**
14 AMAZON.COM, INC.,
                                      HONORABLE RICHARD SEEBORG
15          Defendant.

16

17                          **NOTICE OF MOTION**

18   TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE

19 NOTICE that on October 19, 2023, at 1:30 p.m., counsel of record for plaintiff Pop Top Corp. will

20 move this Court for an order permitting his withdrawal from representing Pop Top in this matter.

21   This motion is based on irreconcilable differences between the attorney and client.
22
          **NOTICE OF IRRECONCILABLE CONFLICTS AND MOTION FOR
23        ORDER PERMITTING WITHDRAWAL BY COUNSEL FOR POP TOP**

24   Matthew Wawrzyn respectfully submits this motion to withdraw as counsel for plaintiff Pop
25
   Top.  Wawrzyn was hired by Pop Top to represent Pop Top in this matter.  In early 2022, the
26
   litigation was transferred from the District Court for the Western District of Texas to this court.
27
28 Since that time, Pop Top has not retained California counsel to represent Pop Top in this matter

and sponsor Wawrzyn's *pro hac vice* application.

Rule 1.16(b)(4) of the California Rules of Professional Conduct provide as follows:

> [A] lawyer may withdraw from representing a client if:
>
> the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively . . . .

For the foregoing reason, Wawrzyn respectfully requests that the Court enter an order permitting his withdrawal from this matter pursuant to Civil Local Rule 11-5(a).

Dated: August 14, 2023

By:     */s/ Matthew Wawrzyn*
    Matthew M. Wawrzyn
    matt@wawrzynllc.com
    WAWRZYN LLC
    200 East Randolph Street, Suite 5100
    Chicago, IL 60601
    Telephone: 312.235.3120
    Facsimile: 312.233.0063

*Attorney for Plaintiff*
*Pop Top Corp.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-   MOTION TO WITHDRAW
CASE NO. 20-CV-04482-DMR

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2023, a true and correct copy of the foregoing was served on all interested Parties via the Court's ECF system. Further, I declare under penalty of perjury that a copy was emailed to Pop Top. 8-14-2023

*/s/ Matt Wawrzyn*
Matt Wawrzyn

MOTION TO WITHDRAW
CASE NO. 22-CV-00112-RS