1   Daniel T. Shvodian, Bar No. 184576
    DShvodian@perkinscoie.com
2   PERKINS COIE LLP
    3150 Porter Drive
3   Palo Alto, California 94304-1212
    Telephone: 650.838.4300
4   Facsimile: 650.838.4350

5   Christina J. McCullough, Bar No. 245944
    CMcCullough@perkinscoie.com
6   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
7   Seattle, Washington 98101-3099
    Telephone: 206.359.8000
8   Facsimile: 206.359.9000

9   *Attorneys for Defendant*
    *Amazon.com, Inc.*
10

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14  POP TOP CORP.,

15              Plaintiff,              Case No. 5:22-cv-00112-PCP

16        v.                           **AMAZON'S MOTION TO DISMISS CASE
                                        DUE TO POP TOP'S FAILURE TO
17  AMAZON.COM, INC.,                   RETAIN COUNSEL**

18              Defendant.             **Date:**  February 15, 2024
                                       **Time:**  10:00 am
19                                     **Place:** San Jose Courthouse
                                                  Courtroom 8, 4th Floor
20                                                280 South First Street
                                                  San Jose, California 95113
21

22                                     **Judge:** Honorable P. Casey Pitts

23

24

25

26

27

28

1

## I.  NOTICE OF MOTION

2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3

PLEASE TAKE NOTICE that, pursuant to Court's Order Conditionally Granting Mr. Mat-

4

thew Wawrzyn's Motion to Withdraw (ECF No. 66) and Fed. R. Civ. Proc. 41(b), Amazon respect-

5

fully moves this Court to dismiss this case with prejudice for Pop Top's failure to prosecute or

6

comply with a Court Order.  Amazon has noticed this Motion for hearing before the Honorable

7

Judge P. Casey Pitts on February 15, 2024, at 10:00 am, San Jose Courthouse, Courtroom 8, 4th

8

Floor, 280 South First Street, San Jose, California 95113.

9

As discussed in the following Memorandum of Points and Authorities, Amazon seeks dis-

10

missal of this case with prejudice because the Court ordered Pop Top to obtain new counsel within

11

thirty days of the Order Conditionally Granting Mr. Wawrzyn's Motion to Withdraw (ECF No.

12

66), "in the absence of which the case will be dismissed for failure to prosecute."  Pop Top failed

13

to obtain new counsel—or take any action with respect to this case, such as responding to corre-

14

spondence from Amazon—during that period.  Dismissal is thus warranted.

15

This Motion is based on the Notice of Motion, the following memorandum of points and

16

authorities, the pleadings, papers, and the entire record herein, oral argument on this Motion (if

17

any), and on such other matters as may be presented to the Court at or before the hearing on this

18

Motion, and all matters for which the Court may take judicial notice.

19

## II.  STATEMENT OF THE ISSUE TO BE DECIDED

20

Whether dismissal of this case with prejudice for failure to prosecute is warranted.

21

## III.  MEMORANDUM OF POINTS AND AUTHORITIES

22

Amazon respectfully requests that the Court dismiss this case with prejudice.  The Court's

23

Order Conditionally Granting Mr. Wawrzyn's Motion to Withdraw provided that "POP TOP CORP

24

be given thirty days to obtain new counsel from the date of this Order [Nov. 20, 2023]" and that

25

"in the absence of which the case *will be dismissed for failure to prosecute*."  (ECF No. 66 (em-

26

phasis added).)  The following day, Amazon wrote Mr. Wawrzyn and Pop Top's sole principal,

27

Mr. Rohit Chandra, and requested dismissal of the litigation.  (Ex. A.)[1]  Neither responded during

28

[1] The Exhibits referenced herein are exhibits to the Declaration of Daniel T. Shvodian in

MOTION TO DISMISS,
CASE NO. 5:22-CV-00112-PCP

1  the 30-day period set by the Court for Pop Top to retain new counsel.  That 30-day deadline passed

2  on December 20, and Pop Top failed to retain new counsel.  To avoid further time and expense,

3  Amazon again contacted Mr. Wawrzyn and Mr. Chandra on December 26 to ask that Pop Top agree

4  to dismiss the case.  (Ex. B.)  Mr. Chandra responded on December 27, claimed that he was unaware

5  of Mr. Wawrzyn's motion to withdraw, and requested an additional 30 days for Pop Top to retain

6  counsel.  (Ex. C.)  Amazon declined that request because: (1) Mr. Wawrzyn's motion to withdraw

7  had been served on Pop Top on August 14, 2023 (*see* ECF No. 55 at Certificate of Service ("Fur-

8  ther, I declare under penalty of perjury that a copy was emailed to Pop Top. 8-14-2023.")); (2)

9  Amazon had notified Mr. Chandra of the motion to withdraw in its November 21 email (Ex. A);

10  and (3) Pop Top has been unable to retain new counsel in the *Rakuten Kobo* litigation in which Pop

11  Top claims to be unable to pay any of the fees awarded against for filing a frivolous lawsuit.  (Ex.

12  D.)

13       Because Pop Top failed to retain counsel within the 30-day period established by the Court

14  the case should be dismissed.  And the dismissal should be with prejudice due to Pop Top's failure

15  to prosecute or comply with a Court order.  *See* Fed. R. Civ. Proc. 41(b) (stating that the dismissal

16  shall operate "as an adjudication on the merits" unless the court orders otherwise or the decision

17  was due to lack of jurisdiction, improper venue, or failure to join a party); *Pagtalunan v. Galaza*,

18  291 F.3d 639, 642 (9th Cir. 2002) (dismissing case with prejudice for failure to prosecute).

19       Accordingly, Amazon respectfully requests that the Court dismiss this suit with prejudice.

28  Support of Amazon's Motion to Dismiss Case Due to Pop Top's Failure to Retain Counsel, filed concurrently herewith.

| | |
|---|---|
| 1 | Dated:  December 28, 2023 |

By:_____*/s/ Daniel T. Shvodian*_____
Daniel T Shvodian
DShvodian@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

Christina McCullough
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendant*
*Amazon.com, Inc.*

1

## **CERTIFICATE OF SERVICE**

2

      The undersigned certifies that on December 28, 2023, a true and correct copy of the fore-

3

going motion and supporting documents were served on all interested Parties via the Court's ECF

4

system, and a copy was also sent via email to Rohit Chandra at rchandra@hotmail.com.

5

                          */s/ Daniel T. Shvodian*

6

                          Daniel T. Shvodian

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE FOR
MOTION TO DISMISS
CASE NO. 5:22-CV-00112-PCP