UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POP TOP CORP,<br><br>           Plaintiff.<br><br>   v.<br><br>AMAZON.COM, INC,<br><br>           Defendant. | Case No. 22-cv-00112-PCP<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 88 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered dismissing the case without prejudice.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 5/29/2024

_____
P. CASEY PITTS
UNITED STATES DISTRICT JUDGE